IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| GRADY R. WILLIAMS, JR., <br><br> Plaintiff, <br><br> v. <br><br> GEORGIA DEPARTMENT OF CORRECTIONS; and CORE CIVIC, <br><br> Defendants. | CIVIL ACTION NO.: 6:19-cv-12 |

## ORDER

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, doc. 5. Plaintiff did not file Objections to the Report and Recommendation. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES without prejudice** Plaintiff's Complaint for failure to follow a Court Order and failure to prosecute, **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and **CLOSE** this case, and **DENIES** Plaintiff *in forma pauperis* status on appeal.

SO ORDERED, this 17th day of July, 2019.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA