# United States District Court
## Southern District of Georgia

GRADY R. WILLIAMS, JR.

    Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV 619-012

GEORGIA DEPARTMENT OF CORRECTIONS; and
CORE CIVIC,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated July 17, 2019 adopting the Magistrate Judge's Report and Recommendation as the Court's opinion, that Plaintiff's complaint is hereby dismissed without prejudice for failure to follow a Court Order and failure to prosecute; furthermore, Plaintiff is denied in forma pauperis status on appeal. This case stands closed.

07/17/2019
*Date*

Scott L. Poff
*Clerk*

/s/ Jamie Hodge
*(By) Deputy Clerk*